# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GILBERT WASHINGTON, *pro se*,

    Plaintiff(s),

v.                                                                           Case No: 8:08-CV-2042-T-30EAJ

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #7). Plaintiff has filed a written objection to the Report and Recommendation.

After careful consideration of the Report and Recommendation and Plaintiff's objection, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved, except to the extent it recommends closure of this case.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #7) of the Magistrate Judge is adopted, confirmed, and approved, except to the extent it recommends closure of this case.

2. Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Dkt. #6) is DENIED without prejudice.

3. Plaintiff's Amended Complaint (Dkt. #5) is DISMISSED without prejudice for failure to state a claim.

4. Plaintiff shall have twenty days (20) to amend his Complaint to state a valid claim and otherwise comply with the Federal Rules of Civil Procedure, failing which this case will be closed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on February 10, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2008\08-cv-2042.adopt 7.wpd